1  **RESNICK & LOUIS, P.C.**
JAMES M. BARRINGTON, ESQ.
2  Nevada Bar No. 9252
MATTHEW B. BECKSTEAD, ESQ.
3  Nevada Bar No. 14168
jbarrington@rlattorneys.com
4  mbeckstead@rlattorneys.com
8925 West Russell Road, Suite 220.
5  Las Vegas, NV  89148
Telephone: (702) 997-3800
6  Facsimile:  (702) 997-3800
*Attorneys for Defendant*
7  *Linda Carbajal*

8

9                   **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

| | |
|---|---|
| WYNTON HARRIS, an individual, | CASE NO.:  2:23-cv-00346-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| LINDA CARBAJAL, an individual; DOE DRIVER, DOE DEFENDANTS I-XX, inclusive; and ROE CORPORATION I-XX, inclusive, | |
| Defendants. | |

    IT IS HEREBY STIPULATED, by and between Defendant LINDA CARBAJAL ("Defendant"), by and through her attorneys, JAMES M. BARRINGTON, ESQ., and MATTHEW B. BECKSTEAD, ESQ., of the law firm of RESNICK & LOUIS, P.C., and Plaintiff WYNTON HARRIS, by and through his attorneys, BRADLEY S. MAINOR, ESQ., ASH MARIE BLACKBURN, ESQ., and JOSEPH W. GUINDY, ESQ., of the law firm MAINOR WIRTH, LLP, (collectively "Parties") that the above-captioned action and any and all claims asserted by Plaintiff in his Complaint against

///

///

///

1

Defendant in this action are hereby DISMISSED WITH PREJUDICE. Each party is to bear their own attorney fees and costs.

| Dated this 3rd day of May 2023 | Dated this 3rd day of May 2023 |
|---|---|
| **RESNICK & LOUIS, P.C.** | **MAINOR WIRTH, LLP** |
| /s/ Matthew B. Beckstead | /s/ Joseph W. Guindy |
| JAMES M. BARRINGTON, ESQ.<br>Nevada Bar No. 9252<br>MATTHEW B. BECKSTEAD, ESQ.<br>Nevada Bar No. 14168<br>8925 W. Russell Road, Suite 220<br>Las Vegas, NV  89148<br>*Attorneys for Defendant Linda Carbajal* | BRADLEY S. MAINOR, ESQ.<br>Nevada Bar No. 7434<br>ASH MARIE BLACKBURN, ESQ.<br>Nevada Bar No. 14712<br>JOSEPH W. GUINDY, ESQ.<br>Nevada Bar No. 15556<br>6018 S. Fort Apache Road, Ste. 150<br>Las Vegas, NV 89148<br>*Attorneys for Plaintiff Wynton Harris* |

### ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the Parties' foregoing stipulations, the Court hereby ORDERS that this action and Plaintiff's claims herein are hereby DISMISSED WITH PREJUDICE. Each party is to bear their own attorney fees and costs.

**IT IS SO ORDERED** May 4, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE